IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL MAURICE ARCHIE,
    Plaintiff,

vs.                             Case No.: 3:04cv409/RV/EMT

ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 3, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of September, 2005.

                                      /s/ _Roger Vinson_
                                      **ROGER VINSON**
                                      **UNITED STATES SENIOR JUDGE**